## JOSEPH S. FIRTH v. GEORGE DREDGE.[1]

May 25, 1917.

Nos. 20,271—(102).

**New trial.**

Order granting a new trial affirmed. [Reporter.]

Action in the district court for Hennepin county to recover $1,150. The case was tried before Leary, J., and a jury which returned a verdict in favor

[1]Reported in 162 N. W. 1087.

of plaintiff for $1,068.22. Defendant's motion for a new trial was denied. From the judgment entered pursuant to the verdict, defendant appealed. Affirmed.

Frank W. Booth, for appellant.

M. C. Brady, for respondent.

PER CURIAM.

A careful examination of the record in this case discloses no error of a character to justify a reversal of the order of the trial court denying a new trial, and the order will therefore be affirmed.